JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TIGRANUHI SAYLOR, | Case No. CV 17-8984 FMO (PJWx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 30th day of April, 2018.

/s/
Fernando M. Olguin
United States District Judge